ACCEPTED
02-17-00384-cv
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 10:14 AM
DEBRA SPISAK
CLERK

## No. 02-17-00384-CV

**In the Second District Court of Appeals
Fort Worth, Texas**

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/20/2017 10:14:49 AM
DEBRA SPISAK
Clerk

**THE CITY OF EL PASO, TEXAS,**

*Appellant,*

**v.**

**MAX GROSSMAN,**

*Appellee.*

On Interlocutory Appeal from the 348th Judicial District Court
El Paso County, Texas
Cause No. 2017-DCV-2528

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Appellant, The City of El Paso, Texas, designates the following attorneys as additional counsel:

Wallace B. Jefferson
State Bar No. 00000019
wjefferson@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
515 Congress Avenue, Suite 2350
Austin, Texas 78701-3562
Telephone: (512) 482-9300
Facsimile: (512) 482-9303

Robert B. Dubose
State Bar No. 00787396
rdubose@adjtlaw.com
ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP
1844 Harvard Street
Houston, Texas 77008
Telephone: (713) 523-2358
Facsimile: (713) 522-4553

The clerk is requested to take notice of this designation and provide a copy of all communications to the additional counsel listed above.

Lead counsel for Appellant will remain Mark Osborn of Kemp Smith LLP.

Respectfully submitted,

/s/Mark N. Osborn

| | |
|---|---|
| Sylvia B. Firth, City Attorney | Mark N. Osborn |
| FirthSB@elpasotexas.gov | mark.osborn@kempsmith.com |
| Maria Guadalupe Martinez | Shelly W. Rivas |
| Senior Assistant City Attorney | shelly.rivas@kempsmith.com |
| MartinezMG@elpasotexas.gov | Kemp Smith LLP |
| Sergio M. Estrada | 221 N. Kansas, Suite 1700 |
| Assistant City Attorney | El Paso, Texas 79901 |
| EstradaSM@elpasotexas.gov | Telephone: (915) 533-4424 |
| P.O. Box 1890 | Facsimile (915) 546-5360 |
| El Paso, Texas 79950-1890 | |
| Telephone: (915) 212-0033 | Wallace B. Jefferson |
| Facsimile: (915) 212-0034 | State Bar No. 00000019 |
| | wjefferson@adjtlaw.com |
| | ALEXANDER DUBOSE JEFFERSON & TOWNSEND LLP |
| | 515 Congress Avenue, Suite 2350 |
| | Austin, Texas 78701-3562 |
| | Telephone: (512) 482-9300 |
| | Facsimile: (512) 482-9303 |

2

Robert B. Dubose
State Bar No. 00787396
rdubose@adjtlaw.com
ALEXANDER DUBOSE
JEFFERSON & TOWNSEND LLP
1844 Harvard Street
Houston, Texas 77008
Telephone: (713) 523-2358
Facsimile: (713) 522-4553

**ATTORNEYS FOR APPELLANT**

**CERTIFICATE OF SERVICE**

On December 20, 2017, I electronically filed this Notice of Appearance of Additional Counsel with the Clerk of Court using the eFile.TXCourts.gov electronic filing system which will send notice of such filing to the following:

Lisa Bowlin Hobbs
Kuhn Hobbs PLLC
3307 Northland Drive, Suite 310
Austin, Texas 78731
Lisa@KuhnHobbs.com

Karlene Poll
Kuhn Hobbs PLLC
2310 Rutland Street
Houston, Texas 77008
Karlene@KuhnHobbs.com

Harriet O'Neill
Law Office of Harriet O'Neill, PC
919 Congress Avenue, Suite 1400
Austin, Texas 78701
HONeill@harrietoneilllaw.com

Francis S. Ainsa, Jr.
Ainsa Hutson Hester & Crews LLP
5809 Acacia Circle
El Paso, Texas 79912
fain@acaciapark.com

/s/Robert B. Dubose
Robert B. Dubose